**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VASSIL BOJKOV,** ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:25-cv-03617-PLF |
| v. ) | |
| ) | |
| **BRADLEY T. SMITH,** ) | |
| Department of the Treasury, ) | |
| Director, Office of Foreign Assets Control, ) | |
| *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 12 and 56, Defendants hereby move to dismiss the Complaint or, in the alternative, for summary judgment. For the reasons set forth in the attached memorandum, Defendants' motion should be granted. A proposed order is attached.

Dated: June 10, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Director

*/s/ Jacqueline C. Lau*
JACQUELINE C. LAU
(DC Bar No. 90024952)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005

(202) 598-0914
Jacqueline.C.Lau@usdoj.gov

*Counsel for Defendants*