**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VASSIL BOJKOV** | ) |
| 43 Moskovska Street | ) |
| Sofia 1000 | ) |
| Bulgaria | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 1:25-cv-3617 |
| v. | ) |
| | ) |
| **BRADLEY T. SMITH, in his official capacity as** | ) |
| **Director of the United States** | ) |
| **Department of the Treasury,** | ) |
| **Office of Foreign Assets Control** | ) |
| *et. al.,* | ) |
| | ) |
| | ) |
| *Defendants,* | ) |
| | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND A CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(a) and Local Rule 7(h), Plaintiff Vassil Bojkov hereby moves for summary judgment on the grounds that Defendants' actions are arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, in violation of the Administrative Procedure Act, 5 U.S.C. § 551 et seq. Plaintiff also respectfully requests that this Court deny Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment. In support of this motion and opposition, Plaintiff relies upon the attached memorandum of points and authorities. A proposed order is also attached.

Dated: July 10, 2026

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
D.C. Bar No. 978253

*Attorney for Plaintiff*