**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VASSIL BOJKOV** <br> 43 Moskovska Street <br> Sofia 1000 <br> Bulgaria <br><br> *Plaintiff,* <br><br> v. <br><br> **BRADLEY T. SMITH, in his official capacity as** <br> **Director of the United States** <br> **Department of the Treasury,** <br> **Office of Foreign Assets Control** <br> *et. al.,* <br><br><br> *Defendants,* | Case No. 1:25-cv-3617 |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss or, in the alternative, for Summary Judgment, Plaintiff's Opposition and Cross-Motion for Summary Judgment, it is hereby ORDERED that Defendants' Motion is DENIED; and it is further

ORDERED that Plaintiff's Cross-Motion is GRANTED;

ORDERED that Defendants' decision to deny Plaintiff's Petition is vacated; and

ORDERED that Plaintiff's Petition seeking rescission of his designation under Executive Order 13818 is remanded to Defendants for review consistent with this Court's findings.

**SO ORDERED.**

Date: _____     _____

Hon. Paul L. Friedman
Senior United States District Judge