**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VASSIL BOJKOV,**<br><br>Plaintiff,<br><br>v.<br><br>**BRADLEY T. SMITH,**<br>Department of the Treasury,<br>Director, Office of Foreign Assets Control,<br>*et. al.,*<br><br>Defendants. | Case No. 1:25-cv-03617-PLF |

**NOTICE OF CLASSIFIED LODGING**

Defendants Bradley Smith, *et al.*, through undersigned counsel, hereby provide notice that Defendants have lodged the classified administrative record for submission in support of their Motion to Dismiss, or in the alternative, for Summary Judgment. *See* ECF No. 12; *see also* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information). The submission has been lodged for secure storage and for secure transmission to the Court, upon request, with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE

Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director

*/s/ Michael Bruns*____
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*